UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROL A. DUNLAP,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>WELLS FARGO FINANCIAL, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-00097-RFB-PAL<br><br>ORDER<br><br>(Mot Consolidate – ECF No. 14)<br>(Mot to Shorten Time – ECF No. 16) |

Before the court is Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Consolidate or Limit Depositions (ECF No. 14) and Request for Order Shortening Time (ECF No. 16). The court has reviewed the motions, Declarations to the Motions (ECF Nos. 15, 17), plaintiff's Response (ECF No. 20), Experian's Reply (ECF No. 21) and Judge Koppe's Order (ECF No. 23) on the same motion filed in *Ashcraft v. Welk Resort Group, Corp., et al*, Case No. 2:16-cv-02978-JAD-NJK.

After reviewing the moving and responsive papers, and Judge Koppe's order on the same issue in the related action *Ashcraft v. Welk Resort Group, Corp., et al.*, Case No. 2:16-cv-02978, (ECF No. 23), the court wholeheartedly agrees with her well-reasoned analysis and decision.

**IT IS ORDERED** that Experian's Motion to Consolidate or Limit Depositions (ECF No. 14) and Request for Order Shortening Time (ECF No. 16) are **DENIED**.

DATED this 9th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1