1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
3  Nevada Bar No. 13848
   KNEPPER & CLARK LLC
4  10040 W. Cheyenne Ave., Suite 170-109
   Las Vegas, NV 89129
5  Phone: (702) 825-6060
6  FAX: (702) 447-8048
   Email: matthew.knepper@knepperclark.com
7  Email: miles.clark@knepperclark.com

8  David H. Krieger, Esq.
   Nevada Bar No. 9086
9  HAINES & KRIEGER, LLC
10 8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
11 Phone: (702) 880-5554
   FAX: (702) 385-5518
12 Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL DUNLAP,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO FINANCIAL and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:17-cv-00097-RFB-PAL<br><br>**PLAINTIFF'S REQUEST TO UNSEAL [ECF NO. 25] REDACTED MOTION TO COMPEL ERRONEOUSLY FILED UNDER SEAL** |

Plaintiff Carol Dunlap hereby requests that the Court unseal Plaintiff's Redacted Motion to Compel [ECF No. 25], as it was erroneously filed under seal. A sealed, unredacted copy of the same is being filed as [ECF No. 27].

- 1 -

Dated: June 30, 2017

Respectfully submitted,

*/s/ Matthew Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Ste. 170-109
Las Vegas, NV 89129

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123


Attorneys for Plaintiff

## **ORDER**

IT IS SO ORDERED. The Clerk of the Court shall UNSEAL Plaintiff's Redacted Motion to Compel (ECF No. 25).

DATED this 3rd day of July, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE