1  Kelly H. Dove, Esq. (Nevada Bar #10569)
   Karl O. Riley, Esq. (Nevada Bar #12077)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada  89169
   Telephone:  702.784.5200
4  Facsimile:  702.784.5252
   Email: kdove@swlaw.com
5         kriley@swlaw.com

6  *Attorneys for Defendant Wells Fargo Bank, N.A.,
   incorrectly named as Wells Fargo Financial*
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL DUNLAP, | Case No.:  2:17-cv-00097-RFB-PAL |
| Plaintiff, | **JOINT INTERIM STATUS REPORT** |
| v. | |
| WELLS FARGO FINANCIAL and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Under ECF No. 38, Plaintiff Carol Dunlap ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Financial ("Wells Fargo"), were to file dismissal paperwork on or after October 10, 2017, or provide a joint status report indicating when the stipulation will be filed. *See Notice of Settlement With Wells Fargo Financial Pursuant to FRCP 41(A)(1)(A)(II)*.  While dismissal paperwork has not yet been filed, the Plaintiff and Wells Fargo have negotiated the final terms of a proposed settlement agreement and the settlement terms are being executed.

/ / /

/ / /

/ / /

/ / /

The Settling Parties expect to have all outstanding settlement issues resolved within forty-five (45) days.

DATED: October 10, 2017.

By: /s/ Miles N. Clark
    Matthew Knepper, Esq.
    Miles N. Clark, Esq.
    KNEPPER & CLARK LLC
    10040 W. Cheyenne Ave.
    Suite #170-109
    Las Vegas, NV 89129
    Phone: 702.825.6060

    David Krieger
    Nevada Bar No. 9086
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue
    Henderson, NV 89123
    Tel: (702) 880-5554

*Attorneys for Plaintiff*

DATED: October 10, 2017.

By: /s/ Karl O. Riley
    Kelly H. Dove, Esq.
    Karl O. Riley, Esq.
    SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    Tel: (702) 784-5200

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.,*
*also erroneously named as Wells Fargo*
*Financial*

**IT IS SO ORDERED** this 12th day of October, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically transmitted the foregoing **JOINT INTERIM STATUS REPORT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this 10th day of October, 2017.

                                            */s/ Patricia Larsen*
                                            An employee of SNELL & WILMER L.L.P.

4834-6900-7697