Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
Phone: 702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL A. DUNLAP, | Case No.: 2:17-cv-00097-RFB-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(A)(1)(A)(ii)** |
| WELLS FARGO FINANCIAL and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Notice of Settlement with Experian Information Solutions, Inc., Pursuant to FRCP 41(A)(1)(A)(ii) - 1

PLEASE TAKE NOTICE that Plaintiff CAROL A. DUNLAP and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Experian Information Solutions, Inc., with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Experian Information Solutions, Inc., be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Experian Information Solutions, Inc.

Dated this 23rd day of October, 2017.

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **December 22, 2017**, to either file a stipulation to dismiss with prejudice, or to file a joint status report advising when the stipulation to dismiss will be filed.

Dated: October 26, 2017

Peggy A. Leen
United States Magistrate Judge

Notice of Settlement with Experian Information Solutions, Inc., Pursuant to FRCP 41(A)(1)(A)(ii) - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(a)(1)(A)(ii)** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

Notice of Settlement with Experian Information Solutions, Inc., Pursuant to FRCP 41(A)(1)(A)(ii) - 3