Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL A. DUNLAP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00097-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

　　　PLEASE TAKE NOTICE under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear their own fees and costs.

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated this 7th day of March, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster.* |
|---|---|
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | NAYLOR & BRASTER |
| Nevada Bar No. 13848 | 1050 Indigo Drive, Suite 200 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| David H. Krieger, Esq. | Jordan B. Arakawa, Esq. (Pro Hac Vice) |
| HAINES & KRIEGER, LLC | JONES DAY |
| Email: dkrieger@hainesandkrieger.com | 4655 Executive Dr., Ste. 1500 |
| *Attorney for Plaintiff* | San Diego, CA 92121 |
| | Email: jarakawa@jonesday.com |
| | Attorney for Defendant |
| | *Experian Information Solutions, Inc.* |

## **ORDER**

**IT IS SO ORDERED.**

DATED: March 12, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 2